lmv

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 15 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

GREGORIO RUIZ                          *

    VS                                 *   C.A. NO. B98 117

CAMERON COUNTY IRRIGATION              *
DISTRICT NO. 2

## ORDER CONTINUING CONFERENCE

The **initial pretrial conference** in above-captioned and numbered cause of action is hereby continued to **Thursday, November 19, 1998, at 1:30 p.m.**

DONE at Brownsville, Texas, this **14th** day of **October, 1998**.

_____
John Wm. Black
United States Magistrate Judge
2nd Floor, Courtroom No. 2
1001 E. Elizabeth
Brownsville, TX 78520