8

United States District Court
Southern District of Texas
ENTERED

JAN 1 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GREGORIO RUIZ | § § § | CIVIL ACTION NO. B-98-117 |
| V. | § § | |
| CAMERON COUNTY IRRIGATION DISTRICT NO. 2. | § § § | |

## ORDER OF DISMISSAL

CAME ON to be considered the *Agreed Motion To Dismiss With Prejudice*, filed by Plaintiff in the above-entitled and numbered cause. The Court, having considered the *Agreed Motion* finds that the *Agreed Motion* should be granted. IT IS THEREFORE

ORDERED, ADJUDGED AND DECREED that all claims asserted in the above-entitled and numbered cause are dismissed with prejudice to the right of Plaintiff to refile same or any part thereof. All court costs are taxed against the party incurring same.

DONE this ___11___ day of ___Jan___, 1999, at Brownsville, Texas.

_____
JUDGE PRESIDING

xc:  Mr. Raymond A. Cowley          Mr. James Herrmann
     Rodriguez, Colvin & Chaney     Law Office of James Herrmann
     4900 A2 North 10th             1205 E. Tyler Avenue
     McAllen, Texas 78504           Harlingen, Texas 78550

-3-